IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JUSTIN MUMFORD,
    Plaintiff,

v.                                  Civil No. 3:24cv457 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 21, 2024, the Court directed Plaintiff to pay

an initial partial filing fee of $2.68 or state under penalty of perjury that he did not have

sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28

U.S.C. § 1915(b)(1).

On August 26, 2024, the Court received a change of address for Plaintiff. (ECF No. 8.)

Accordingly, by Memorandum Order entered on October 30, 2024, the Court directed the Clerk

to remail the August 21, 2024 Memorandum Order to Plaintiff's new address and granted

Plaintiff a thirty (30) day extension of time to comply with the August 21, 2024 Memorandum

Order.

More than thirty (30) days have elapsed since the entry of the October 30, 2024

Memorandum Order and Plaintiff has neither paid the initial partial filing fee nor averred that he

cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*.

Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the

action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to

Plaintiff.

An appropriate Final Order shall issue.

_____ /s/ _____

David J. Novak
United States District Judge

Alexandria, Virginia
Date: December 6, 2024

2